# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

       v.                           CRIMINAL NO. 2005-10019-RGS-03

XIEN VAN SON,
         Defendant.

# *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

The above-listed defendant was arraigned before me on February 15, 2005. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on February 15, 2005.

Counsel are ORDERED to appear for an Initial Status Conference on **_WEDNESDAY, APRIL 6, 2005 AT 10:30 A.M._** at Courtroom #14 (5th floor),

John Joseph Moakley United States Courthouse, Boston, Massachusetts before

the undersigned.


/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge


February 15, 2005.