AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetth_

USA
v.
Dan McElRoy et al

**APPEARANCE**

Case Number: 05-10019 RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Xieu Van Son

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date: 2/15/05 | Signature: [signed] |
| | Print Name: Mark Smith |
| | Address: Laredo + Smith, 15 Broad St |
| | City: Boston   State: MA   Zip Code: 02109 |
| | Phone Number: 617-367-7984   Fax Number: 617-367- |
| | Bar Number: 542676 |

2/15/05
N. Russo