## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.  05-10019-RGS** |
| | ) | |
| | ) | |
| **XIEU VAN SON** | ) | |

### DEFENDANT XIEU VAN SON'S ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR THE FILING OF DISPOSITIVE MOTIONS

Defendant Xieu Van Son, hereby requests that the deadline for the filing of dispositive motions be extended to through and including July 29, 2005.

As grounds therefor, Defendant states that there are approximately 100 boxes of records, each filled with documents relevant to the instant case, in the Government's possession.  A proper review of these materials is necessary before the filing of dispositive motions.  The process of reviewing these documents has been initiated, and Defendant requests this additional time so that this review can be completed.  Accordingly, Defendant requests an extension of the deadline for the filing of dispositive motions until July, 29, 2005.  The Government has assented to this request.

Assented to:                                          Respectfully submitted,

**UNITED STATES OF AMERICA**               **XIEU VAN SON**

                                                      By his attorney,

/s/ Paul G. Levenson                          /s/ Mark D. Smith
Paul G. Levenson, AUSA                        Mark D. Smith, BBO# 542676
U.S.Courthouse, Suite 9200                    Laredo & Smith, LLP
1 Courthouse Way                              15 Broad Street, Suite 600
Boston, MA  02210                             Boston, MA 02109
(617) 748-3100                                (617) 367-7984


June 29, 2005