**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.  05-10019-RGS** |
| | ) | |
| | ) | |
| **XIEU VAN SON** | ) | |

## DEFENDANT XIEU VAN SON'S MOTION
## TO JOIN SUBSTANTIVE MOTIONS OF CO-DEFENDANTS

      Now comes the Defendant Xieu Van Son, and moves the Court to allow him to join in the substantive motions filed by his co-defendants.  To the extent that the issues raised therein and relief sought are applicable to Mr. Van Son, joining in said motions obviates the need to file duplicative pleadings.

      For the foregoing reasons, the Defendant requests that the Court allow this Motion.

Respectfully submitted,

**XIEU VAN SON**

By his attorney,

/s/ Mark D. Smith
Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

June 30, 2005