## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No.  05-10019-RGS** |
| ) | |
| ) | |
| **XIEU VAN SON** ) | |
| ) | |

## MOTION TO SUBMIT PARTIAL BILL FOR SERVICES RENDERED

NOW COMES, Mark D. Smith, Esquire, C.J.A. counsel for the Defendant, Xieu Van Son, and moves for leave to submit a partial bill for services rendered in the above-captioned matter.

In support of this motion, Counsel expended a great deal of time and effort in preparing for this case.  In view of post Rule 11 matters, it may be some time before Mr. Van Son is finally sentenced.  Counsel requests partial payment in order to pay his office expenses and his staff. This will be the only interim request.

Respectfully submitted,

XIEU VAN SON

By his attorney,

/s/ Mark D. Smith
Mark D. Smith, BBO # 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
617-367-7984 (phone)
617-367-6475 (fax)

Dated: July 17, 2006