# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

United States

**v.**                                             **APPEARANCE**

Daniel W. McElroy et al.

Case Number:   05-10019-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States.

I certify that I am admitted to practice in this court.

September 27, 2007                    /s/ Jonathan F. Mitchell
Date                                  Signature

                                      Jonathan F. Mitchell         629499
                                      Print Name                Bar Number

                                      United States Attorneys Office, One Courthouse Way
                                      Address

                                      Boston              MA     02210
                                      City                State   Zip Code

                                      (617) 748-3600      (617) 748-3960
                                      Phone Number        Fax Number