UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)   CRIMINAL NO. 05-cr-10019-RGS<br>DANIEL W. MCELROY, et al.   )<br>)<br>Defendants.   ) | |

**WITHDRAWAL OF APPEARANCE**

I hereby request that the Court withdraw my appearance as attorney for the United States in this case. Assistant U.S. Attorneys Jonathan Mitchell and Sarah Walters have entered appearances on behalf of the United States. In addition to withdrawing my appearance as attorney for the United States, I request that my name and e-mail address be deleted from the list of persons receiving electronic notice of filings in this case.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:

    /s/ Jack W. Pirozzolo
    JACK W. PIROZZOLO
    Assistant U.S. Attorney

Dated: January 17, 2008