UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 05-10019-RGS |
| DANIEL W. McELROY and | ) |
| AIMEE J. KING McELROY, | ) |
| | ) |
| defendants. | ) |

**STIPULATIONS**

The parties in the above-captioned matter agree and stipulate that:

34.    The lawsuit that resulted in the judgment that has been admitted as Government

Exhibit 3 was filed on September 24, 1992.


MICHAEL J. SULLIVAN
United States Attorney

By: */s/ Sarah E. Walters*
    Jonathan F. Mitchell
    Sarah E. Walters
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3147


DANIEL W. McELROY

By:    */s/ Stephen R. Delinsky by Sarah E. Walters*
       Stephen R. Delinsky, Esq.
       Eckert Seamans Cherin & Mellott, LLC.
       One International Place, 18th Floor
       Boston, MA 02110
       (617) 342-6825

AIMEE J. KING McELROY

By:    */s/ Jack I. Zalkind by Sarah E. Walters*
       Jack I. Zalkind, Esq.
       Zalkind & Associates
       One International Place
       Boston, MA 02210
       (617) 227-3950

Dated: January 30, 2008