UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>DANIEL W. McELROY and )<br>AIMEE J. KING McELROY, )<br>)<br>Defendants. )<br>) | Crim. No. 05-10019-RGS |

### UNITED STATES' ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR NEW TRIAL

The United States, by its undersigned counsel, hereby requests an enlargement of time, until March 31, 2008, in which to file its response to defendants' Motion for New Trial. (Dkt. # 128).

The United States' response is currently due on March 19, 2008. The requested additional time is needed so that the transcript of the Court's instructions to the jury, which is the subject of the defendants' Motion, can be prepared and reviewed by counsel. The United States will file its response to the Defendants' Renewed Motion for Judgment of Acquittal on March 19.

      Undersigned counsel has conferred with counsel for the defendants and is informed that they assent to this motion.

|  |  |
|---|---|
| | Respectfully submitted, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| Dated: March 18, 2008 | |
| | By:  /s/ *Sarah E. Walters*<br>JONATHAN F. MITCHELL<br>SARAH E. WALTERS<br>Assistant U.S. Attorneys<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 |

## CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

Dated: March 18, 2008

                                                    */s/ Sarah E. Walters*
                                                    SARAH E. WALTERS